FILED
SEP 30 2011

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PAUL MEEGAN, | * | CIV 10-4136 |
| Petitioner, | * | |
| -vs- | * | MEMORANDUM OPINION AND ORDER |
| JORDAN R. HOLLINGSWORTH, WARDEN - FPC YANKTON, SOUTH DAKOTA, | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Petitioner, Paul Meegan, an inmate who is incarcerated at the Federal Prison Camp in Yankton, South Dakota, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner's action challenges the validity of the Bureau of Prisons' administration of the prisoner reentry program under the Second Chance Act of 2007. Doc. 1. Petitioner, in his Supplement to the Petition (Doc. 2), also maintains that the Bureau of Prisons has violated the Bureau's own policy in conducting Petitioner's individual RRC placement evaluation. The Respondent has submitted a response to the Petition (Doc. 14). In addition to defending the Bureau of Prisons' administration of the prisoner reentry program under the Second Chance Act of 2007, the Respondent advised that Meegan had received the relief he sought in his petition, because he had received a pre-release placement in Janesville, Wisconsin, and the case was now moot. Meegan has not filed any reply or other pleading challenging the assertion that his case is moot.

In similar Section 2241 actions, *Bowers v. Warden, Federal Prison Camp, Yankton*, No, 10-4006, 2011 WL 795546 (D.S.D. Feb. 25, 2011), and *LeMaster v. Hollingsworth*, No. 11-4019, 2011 WL 3322227 (D.S.D. Aug. 2, 2011), this Court held that the BOP policies were valid, reasonable and not in conflict with the provisions of the Second Chance Act of 2007. Even if Meegan's case were not moot, Meegan's case is bound by the holdings in the *Bowers* and *LeMaster* cases. Accordingly,

**IT IS ORDERED** that Meegan's petition for a writ of habeas corpus is denied and the action is dismissed.

Dated this 30th day of September, 2011.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
(SEAL)      DEPUTY